[No. 6919-2-III.   Division Three.   June 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDAL
GLEN CONOVER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 75617, Yancey Reser, J., entered Janu-
ary 28, 1985. *Affirmed* by unpublished opinion per Munson,
J., concurred in by Green, C.J., and Thompson, J.

[No. 6843-9-III.   Division Three.   June 19, 1986.]

KIRBY D. ALEXANDER, ET AL, *Appellants,* v. BETTY
L. GONSER, ET AL, *Defendants,* THE COUNTY
OF YAKIMA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 82-2-01484-1, Cameron K. Hopkins, J.,
entered November 9, 1984. *Affirmed* by unpublished opin-
ion per Thompson, J., concurred in by McInturff, A.C.J.,
and Munson, J.

[No. 15227-1-I.   Division One.   June 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MINUS JACK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-8-02498-6, Robert M. Elston, J., entered
August 16, 1984. *Affirmed* by unpublished opinion per
Scholfield, C.J., concurred in by Swanson, J., and Johnsen,
J. Pro Tem.